FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0427

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0427

MISSOULA COUNTY,

      Plaintiff and Appellant,

v.

STATE OF MONTANA; MONTANA DEPARTMENT OF
CORRECTIONS; and BRIAN GOOTKIN, in his official capacity as the
Director of the Montana Department of Corrections,

      Defendants and Appellees.

## ORDER

Upon consideration of Appellees' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 8, 2023, within which to prepare, file, and serve Appellees' response brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2023